IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER RICE, | |
| Plaintiff, | No. 3:08-cv-1706 |
| v. | (JUDGE CAPUTO) |
| ALLSTATE FIRE & CASUALTY INSURANCE CO., | (MAGISTRATE JUDGE BLEWITT) |
| Defendant. | |

## ORDER

**NOW** this 5th day of February, 2009 upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 13) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 13) is **ADOPTED.**

(2) This case is recommitted to Magistrate Judge Blewitt for further proceedings.

*/s/ A. Richard Caputo*
A. Richard Caputo
United States District Judge